


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA SUSAN PURDY,

    Defendant.
_____/

Case: 4:12-cr-20433
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 06-27-2012 At 01:08 PM
INFO USA V. LINDA SUSAN PURDY (PSM)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (29 U.S.C. §439(c) - False Entries in Union Records)

From on or about February 5, 2007, to September 9, 2009, in the Eastern District of Michigan, defendant LINDA SUSAN PURDY, while an officer, that is President of United Auto Workers Local 708, of a labor organization within the meaning of 29 U.S.C. sections 402(i) and 402(j), willfully made and caused to be make false entries in the Local 708 records, which are required to be kept pursuant to 29 U.S.C. sections 436 and 431, by preparing and submitting false lost time vouchers resulting in her receiving $2,787.40 to which she was not entitled, all in violation of Title 29, United States Code, Section 439(c).

BARBARA L. McQUADE
United States Attorney

Dated: June 27, 2012

s/ CRAIG F. WININGER
Assistant United States Attorney
Chief, Branch Offices

Dated: June 27, 2012

s/ A. TARE WIGOD
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone number: (810) 766-5177
Email: Tare.Wigod@usdoj.gov
P58479

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | |

Case Title: USA v. Linda Susan Purdy

County where offense occurred : Genesee

Case:4:12-cr-20433
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 06-27-2012 At 01:08 PM
INFO USA V. LINDA SUSAN PURDY (PSM)

Check One:     ☐ Felony          ☒ Misdemeanor          ☐ Petty

____Indictment/ ✓ Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 27, 2012
Date

A. TARE WIGOD
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Tare.Wigod@usdoj.gov
P 58479

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09